EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

| CARMEN MELENDEZ,<br><br>      Plaintiff,<br><br>  -against-<br><br>MARCOS O. LOPEZ and NAVARRO TRUCKING LLC,<br><br>      Defendants. | **SUMMONS**<br><br>Index No.:<br>Date Purchased/Filed:<br><br>Plaintiff designates<br>BRONX<br>County as the place of trial.<br><br>**The basis of the venue is:**<br>Plaintiff's residence<br><br>**Plaintiff resides at:**<br>860 E 161st St Apt 2D<br>Bronx, NY 10459 |
|---|---|

To the above-named defendants,

  **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorney within 30 days after the service of this summons, exclusive of the day of service; and in case of your failure to appear or answer judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Brooklyn, New York
   December 7, 2021

                     **/s/ Daniel J. Watts**
                     DANIEL J. WATTS, ESQ.
                     MORGAN & MORGAN NY PLLC
                     195 Montague St. 14th Fl.
                     Brooklyn, NY 11217
                     (917) 344-7041

**Defendants' addresses:**

MARCOS O. LOPEZ
236 Maple St FL 1
New Britain, CT 06051

NAVARRO TRUCKING LLC
400 Rock Run Rd
Fairless Hills, PA 19030

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

| | |
|---|---|
| CARMEN MELENDEZ,<br><br>           Plaintiff,<br><br> -against-<br><br>MARCOS O. LOPEZ and NAVARRO TRUCKING LLC,<br><br>           Defendants. | Index No.:<br><br>**VERIFIED COMPLAINT** |

Plaintiff, by and through his attorneys, **Morgan and Morgan New York PLLC**, complaining of the defendants herein, respectfully shows to the Court, and alleges as follows upon information and belief:

### AS AND FOR A FIRST CAUSE OF ACTION AGAISNT DEFENDANT MARCOS OMAR LOPEZ

1. That at all times hereinafter mentioned, plaintiff, CARMEN MELENDEZ, was, and still is, a resident of the State of New York, maintaining a residence at 860 E 161st St Apt 2D, Bronx, NY 10459.

2. That at all times hereinafter mentioned, defendant, MARCOS O. LOPEZ, was, and still is, a resident of the State of Connecticut, maintaining a residence at 236 Maple St FL 1, New Britain, CT 06051.

3. That at all times herein mentioned, the defendant, NAVARRO TRUCKING LLC, was and still is a domestic corporation, duly organized under and existing by virtue of the laws of the State of New York.

4. That at all times herein mentioned, defendant, NAVARRO TRUCKING LLC, was doing business in the State of New York.

5. That at all times hereinafter mentioned and on May 17, 2021, defendant, MARCOS O. LOPEZ was the driver, as defined in the Vehicle and Traffic Law Sec.128, of a certain

motor vehicle known as a 2016 Freight Tractor truck bearing Pennsylvania State plate number AH05493.

6.   That at all times hereinafter mentioned, and on May 17, 2021, the defendant, MARCOS O. LOPEZ operated and controlled the motor vehicle bearing Pennsylvania State plate number AH05493.

7.   That at all times hereinafter mentioned, and on May 17, 2021, the defendant MARCOS O. LOPEZ was an employee of the defendant, NAVARRO TRUCKING LLC.

8.   That at all times hereinafter mentioned, and on May 17, 2021, the defendant, MARCOS O. LOPEZ, operated and controlled the motor vehicle Pennsylvania State plate number AH05493 with the permission and consent of his employer, defendant, NAVARRO TRUCKING LLC.

9.   That at all times hereinafter mentioned, and on May 17, 2021, the defendant, MARCOS O. LOPEZ, operated and controlled the motor vehicle bearing Pennsylvania State plate number AH05493 while acting within the scope of his employment with defendant, NAVARRO TRUCKING LLC.

10.   That at all times hereinafter mentioned and on May 17, 2021, the plaintiff, CARMEN MELENDEZ, was the driver and owner of the motor vehicle bearing New York license plate number KLA8868.

11.   That on May 17, 2021, the plaintiff, CARMEN MELENDEZ, was the driver of said motor vehicle bearing New York license plate number KLA8868 upon the town of Clarkstown, Southbound Interstate 87, in Rockland County, State of New York.

12.   That on May 17, 2021, at said location the town of Clarkstown, Southbound Interstate 87, in Rockland County, State of New York, defendants' aforesaid motor vehicles encountered one another and with the plaintiff's vehicle.

13. That the aforesaid collision and injuries resulting therefrom, were due solely and wholly to the careless and negligent manner in which the defendant, MARCOS O. LOPEZ, operated and controlled their said motor vehicle without the plaintiff, CARMEN MELENDEZ, in any way contributing thereto.

14. That by reason of the foregoing and the negligence of the said defendants, their agents, servants, employees and/or licensees, this plaintiff, CARMEN MELENDEZ, sustained serious, severe and permanent injuries necessity of future surgery all of which the plaintiff still suffers and will continue to suffer for some time, great physical and mental pain and serious bodily injury; became sick, sore, lame and disabled and so remained for a considerable length of time.

15. That by the reason of the foregoing and the negligence of the said defendant, MARCOS O. LOPEZ, the plaintiff, CARMEN MELENDEZ, was informed and verily believes that her aforesaid injuries are permanent and that she will permanently suffer from the effects of her aforesaid injuries and that she will be caused to suffer continuous pain and inconvenience.

16. That by reason of the foregoing, the plaintiff, CARMEN MELENDEZ, was compelled and did necessarily require medical aid and attention and did necessarily pay and become liable therefore, for medicines and other related medical expenses and upon information and belief, the plaintiff will necessarily incur similar expenses.

17. That the plaintiff, CARMEN MELENDEZ, sustained serious injuries as defined in the Insurance Law of the State of New York and has sustained economic loss greater than basic economic loss as defined in the Insurance Law of the State of New York.

18. That this action falls within one of the exemptions listed in CPLR Section 1602.

## AS AND FOR A SECOND CAUSE OF ACTION AGAINST DEFENDANT NAVARRO TRUCKING LLC

Plaintiff, CARMEN MELENDEZ, repeats, reiterates and realleges each allegation as contained in the above paragraphs of the within Complaint, with the same force and effect, as though each were fully set forth at length herein.

19. That defendant, NAVARRO TRUCKING LLC, were negligent and careless in failing to exercise reasonable care and diligence in the hiring, training, screening, and supervision of its agents, servants, employees, and/or representatives.

20. That at all times hereinafter mentioned, and on and prior to May 17, 2021, the defendant, NAVARRO TRUCKING LLC, knew or should have known defendant MARCOS O. LOPEZ was incompetent and untrained to operate the aforesaid vehicle bearing Pennsylvania State plate number AH05493.

WHEREFORE plaintiff, CARMEN MELENDEZ, demands judgment against each of the defendants jointly and severally on each cause of action, each in an amount to be determined at the time of trial, together with the costs and disbursements of this action in an amount which exceeds the jurisdiction of the lower courts.

Dated: Brooklyn, New York
December 7, 2021

Respectfully Submitted,

/s/ Daniel J. Watts
DANIEL J. WATTS, ESQ.
MORGAN & MORGAN NY PLLC
195 Montague St. 14th Fl.
Brooklyn, NY 11217
(917) 344-7041

## ATTORNEY VERIFICATION

**DANIEL J. WATTS**, an attorney duly licensed to practice in the courts of the State of New York, hereby affirms the following under penalties of perjury:

That I am associated with the law firm of **MORGAN & MORGAN NY, PLLC** attorneys for the plaintiff in the within action; that I have read the foregoing **SUMMONS AND VERIFIED COMPLAINT** and know the contents thereof; and that the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters, I believe them to be true. The reason this Verification is made by me and not by the plaintiff is that said claimants resides outside of the County in which the Affirmant's office is located.

The grounds of my belief as to all matters stated upon my own knowledge are as follows: the records, reports, contracts, and/or documents contained in the plaintiff's file.

**/s/ Daniel J. Watts**
DANIEL J. WATTS, ESQ.
MORGAN & MORGAN

Affirmed: December 7, 2021
Brooklyn, NY